# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 5044 | **DATE** | 3/12/2007 |
| **CASE TITLE** | Bruce G. Howell vs. Carl F. Koenemann, et al | | |

*RRP*

**DOCKET ENTRY TEXT**

Plaintiff's motion to deny costs (121) is granted. Enter Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|