UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

---------------------------------------------X

BRUCE G. HOWELL, STEPHEN G. :
LINGIS, DONALD L. SMITH and PETER :
D. WHITE, on Behalf of Themselves and a : No. 03 C 5044
Class of Persons Similarly Situated, :
: Judge Rebecca R. Pallmeyer
Plaintiffs, :
v. :
:
MOTOROLA, INC., THE PROFIT :
SHARING COMMITTEE OF MOTOROLA, :
INC., RICK DORAZIL, CHRISTOPHER B. :
GALVIN, ROBERT L. GROWNEY, H. :
LAURANCE FULLER, ANNE P. JONES, :
JUDY C. LEWENT, WALTER E. :
MASSEY, NICHOLAS NEGROPONTE, :
JOHN E. PEPPER, JR., SAMUEL C. :
SCOTT III, GARY L. TOOKER, B., JOHN :
A. WHITE and CARL F. KOENEMANN, :
:
Defendants. :
:
---------------------------------------------X

## AMENDED CLASS ORDER

1. The Motion for Plaintiffs Stephen Lingis, Donald Smith and Peter White for class certification (Docket Entry No. 194) is granted as revised by the Order entered on September 28, 2007.

2. The certified class consists of all persons for whose individual accounts the Motorola 401(k) Savings Plan purchased and/or held shares of the common stock of Motorola, Inc. at any time from May 16, 2000 to May 14, 2001, inclusive, except persons who signed valid releases of their claims against Motorola, Inc. Also excluded from the class are individually-named defendants in this action and current directors and officers of Motorola, Inc.

3. The class is certified under Fed R. Civ. P. 23(a) and (b)(2).

4. Plaintiffs Stephen Lingis, Donald Smith and Peter White are designated the representatives of the certified class.

5. Pursuant to Fed. R. Civ. P. 23(c)(1)(B) and (g) Edwin J. Mills of Stull, Stull & Brody and Robert D. Allison of Robert D. Allison & Associates are appointed as Class Counsel.

Dated: 11/1/07

Rebecca R. Pallmeyer
United States District Court Judge