# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN LINGIS, et al.,<br><br>Plaintiffs,<br><br>- v -<br><br>MOTOROLA, INC., et al.,<br><br>Defendants. | Case No. 03-cv-5044<br>Hon. Rebecca R. Pallmeyer |

## EXHIBITS TO DEFENDANTS' CONSOLIDATED STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF <u>THEIR SEPARATE MOTIONS FOR SUMMARY JUDGMENT</u>

J. Stephen Poor
John T. Murray
Ian H. Morrison
Brian M. Stolzenbach
Ada W. Dolph
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000

*Counsel for Defendants*

## TABLE OF CONTENTS

| TAB # | DESCRIPTION |
|---|---|
| **Plan Documents** | |
| 1 | Motorola Profit Sharing and Investment Plan as Amended and Restated Effective Sept. 1, 1999 (MOT-ERISA 4338-4415) and Amendments (MOT-ERISA 3936-4047) |
| 2 | Motorola 401(k) Plan, as Amended and Restated Effective January 1, 2006 (MOT-ERISA 3851-3935) |
| 3 | Summary Plan Description, July 1997 (MOT-ERISA 693-765) (*pertinent excerpts*) |
| 4 | Summary Plan Description, July 2000 (MOT-ERISA 513-692) (*pertinent excerpts*) |
| 5 | Summary Plan Description, January 2001 (MOT-ERISA 336-512) (*pertinent excerpts*) |
| 6 | 401(k) Profit Sharing Plan Investment Funds Prospectus, August 1, 2000 (MOT-ERISA 4329-4354) |
| 7 | Brian Stolzenbach/Edwin Mills Correspondence Regarding Plan Documents (January 14, 2008 and February 11, 2008) |
| **Board of Directors Documents** | |
| 8 | Board of Directors Meeting Minutes, May 2, 2000 (MOT-ERISA 2565-2601): *Filed Under Seal Pursuant To Protective Order* |
| 9 | Board of Directors Meeting Minutes, May 8, 2001 (MOT-ERISA 2602-2624): *Filed Under Seal Pursuant To Protective Order* |
| 10 | Unanimous Written Consent of the Compensation and Leadership Committee of the Board of Directors of Motorola, Inc., December 11, 2007 (MOT-ERISA 4416-4423): *Filed Under Seal Pursuant To Protective Order* |

| | |
|---|---|
| **Profit Sharing Committee Minutes** | |
| 11 | Profit Sharing and Retirement Committee Minutes, June 16, 2000 (MOT-ERISA 2476-2518) (*pertinent excerpts*): *Filed Under Seal Pursuant To Protective Order* |
| 12 | Profit Sharing and Retirement Committee Minutes, September 12, 2000 (MOT-ERISA 2419-2475) (*pertinent excerpts*): *Filed Under Seal Pursuant To Protective Order* |
| 13 | Profit Sharing and Retirement Committee Minutes, December 5, 2000 (MOT-ERISA 2368-2376) (*pertinent excerpts*): *Filed Under Seal Pursuant To Protective Order* |
| 14 | Profit Sharing and Retirement Committee Minutes, February 27, 2001 (MOT-ERISA 2315-2363) (*pertinent excerpts*): *Filed Under Seal Pursuant To Protective Order* |
| **Deposition Excerpts and Exhibits (By Witness)** | |
| 15 | **Beaver, William** - Deposition Transcript Excerpts |
| | **Devonshire, David** |
| 16 | Devonshire Deposition Transcript Excerpts: *Filed Under Seal Pursuant To Protective Order* |
| 17 | Devonshire Deposition Exhibit #4 (Confidential Report Prepared by Merrill Lynch, October 6, 2000) |
| | **Dorazil, Rick** |
| 18 | Dorazil Deposition Transcript Excerpts |
| 19 | Dorazil Deposition Exhibit #7 (Motorola Rewards Newsletter) |
| 20 | Dorazil Deposition Exhibit #10 (Motorola Rewards Newsletter, Second Quarter 2000) |
| 21 | **Earhart, Stephen** - Deposition Transcript Excerpts |

| | **Deposition Excerpts and Exhibits, Continued** |
|---|---|
| | **Foote, James** |
| 22 | Foote Deposition Transcript Excerpts |
| 23 | Foote Deposition Exhibit #3 (Chart of 401(k) Committee Members, 2000-2004) |
| 24 | **Growney, Robert** - Deposition Transcript Excerpts |
| 25 | **Johnson, R. Larry** - Deposition Transcript Excerpts |
| 26 | **Jones, Anne** - Deposition Transcript Excerpts |
| | **Knapp, Anthony** |
| 27 | Deposition Exhibit #524 (Motorola, Inc. 10-K Annual Report, FY Dec. 31, 2000) |
| 28 | **Koenemann, Carl** - Deposition Transcript Excerpts |
| | **Lewent, Judy** |
| 29 | Lewent Deposition Transcript Excerpts |
| 30 | Lewent Deposition Exhibit #1 (Schedule 14A, March 2000) *(Excerpts only)* |
| 31 | Lewent Deposition Exhibit #2 (Schedule 14A, March 2001) *(Excerpts only)* |
| 32 | Lewent Deposition Exhibit #4 (Schedule 14A, March 2002) *(Excerpts only)* |

| | **Deposition Excerpts and Exhibits, Continued** |
|---|---|
| | **Lingis, Stephen** |
| 33 | Lingis Deposition Transcript Excerpts |
| 34 | Lingis Deposition Exhibit #2 (1995 Employee Benefits Report) |
| 35 | Lingis Deposition Exhibit #3 (1996 Employee Benefits Report) |
| 36 | Lingis Deposition Exhibit #4 (1997 Employee Benefits Report) |
| 37 | Lingis Deposition Exhibit #5 (1998 Employee Benefits Report) |
| 38 | Lingis Deposition Exhibit #6 (1999 Employee Benefits Report) |
| 39 | Lingis Deposition Exhibit #7 (2000 Employee Benefits Report) |
| 40 | Lingis Deposition Exhibit #8 (2001 Employee Benefits Report) |
| 41 | Lingis Deposition Exhibit #9 (2002 Employee Benefits Report) |
| 42 | Lingis Deposition Exhibit #15 (Motorola Rewards Newsletter, First Quarter 2000) |
| 43 | Lingis Deposition Exhibit #17 (Bloomberg News article, *"Rating Cut May Leave Motorola Gasping Like Xerox"*, by Mark Gilbert, April 6, 2001) |
| 44 | **Massey, Walter** - Deposition Transcript Excerpts |

| **Deposition Excerpts and Exhibits, Continued** | |
|---|---|
| 45 | **Miller, Ron** - Deposition Transcript Excerpts |
|  | **Milne, Garth** |
| 46 | Milne Deposition Transcript Excerpts |
| 47 | Milne Deposition Exhibit #265 (Meeting materials, May 1, 2000): *Filed Under Seal Pursuant To Protective Order* |
| 48 | Milne Deposition Exhibit #272 (Motorola, Inc. Form 10Q, July 31, 2000) |
| 49 | Milne Deposition Exhibit #273 (Motorola, Inc. Form 10Q, November 7, 2000) |
| 50 | **Myers, Thomas** - Deposition Transcript Excerpts (filed under seal) |
| 51 | **Negroponte, Nicholas** - Deposition Transcript Excerpts |
| 52 | **Peavy, John W., III** - Deposition Transcript Excerpts |
| 53 | **Pepper, John, Jr.** - Deposition Transcript Excerpts |
|  | **Severns, Richard** |
| 54 | Severns Deposition Exhibit #77 (Motorola, Inc. 10-Q, May 16, 2000) |
|  | **Smith, Donald** |
| 55 | Smith Deposition Transcript Excerpts |
| 56 | Smith Deposition Exhibit #17 (Motorola, Inc. 10-Q, May 14, 2001) |
| 57 | **Tooker, Gary** - Deposition Transcript Excerpts |

| **Deposition Excerpts and Exhibits, Continued** | |
|---|---|
| 58 | **Vander Vennett, George** - Deposition Transcript Excerpts |
| 59 | **White, Peter** – Deposition Transcript Excerpts |
| **Expert Reports** | |
| 60 | **Beaver, William** Expert Report (September 12, 2007) |
| 61 | Motorola/NASDAQ/Technology Sector Comparison Chart, Chart consolidating expert William Beaver Exhibits 9(b), 9(c) and 9(d) |
| 62 | **Peavy, John W., III,** Expert Report (September 12, 2007) |
| **Other SEC Filings** | |
| 63 | Motorola, Inc. 10-Q, June 30, 2001 (p. 12) |
| 64 | Motorola, Inc. 10-Q, August 3, 2006 (p. 50) |
| 65 | Motorola 2007 Form 10-K, February, 28, 2007 (p. 27) |
| **Miscellaneous** | |
| 66 | Lingis Interrogatory Answers, July 13, 2007: *Filed Under Seal Pursuant To Protective Order* |
| 67 | Smith Interrogatory Answers, July 13, 2007: *Filed Under Seal Pursuant To Protective Order* |
| 68 | White Interrogatory Answers, July 13, 2007: *Filed Under Seal Pursuant To Protective Order* |
| 69 | Steven Kinzer, *New Quake Hits Turkey, Leaving More Than 100 Dead*, N.Y. Times, Nov. 13, 1999 |

Respectfully submitted,

ALL REMAINING DEFENDANTS

By:        s/Ian H. Morrison
              One of His Attorneys

| | |
|---|---|
| J. Stephen Poor (spoor@seyfarth.com) | John T. Murray (jmurray@seyfarth.com) |
| Ian H. Morrison (imorrison@seyfarth.com) | SEYFARTH SHAW LLP |
| Brian Stolzenbach (bstolzenbach@seyfarth.com) | 1545 Peachtree Street, Suite 700 |
| Ada W. Dolph (adolph@seyfarth.com) | Atlanta, GA 30309-2401 |
| SEYFARTH SHAW LLP | (404) 885-1500 |
| 131 S. Dearborn Street, Suite 2400 | |
| Chicago, Illinois 60603-5577 | |
| (312) 460-5000 | **Dated: February 15, 2008** |

8

## CERTIFICATE OF SERVICE

I hereby certify that I have caused a true and correct copy of EXHIBITS TO DEFENDANTS' CONSOLIDATED STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR SEPARATE MOTIONS FOR SUMMARY JUDGMENT to be served upon the following, by electronically filing the same on this 15th day of February, 2008:

>Robert D. Allison
>Robert D. Allison & Associates
>122 S. Michigan Avenue, Ste 1850
>Chicago, IL 60603
>312-427-4500
>rdalaw@ix.netcom.com


>Edwin J. Mills
>Stull, Stull & Brody
>Six East 45th Street
>New York, New York 10017
>ssbny@aol.com


                                                             s/Ian H. Morrison