# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer *RRP* | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 5044 | **DATE** | 3/17/2008 |
| **CASE TITLE** | Bruce G. Howell, et al vs. Carl F. Koenemann, et al | | |

**DOCKET ENTRY TEXT**

Motion hearing held. Defendants have asked the court to stay further proceedings in light of the Court of Appeals' acceptance of their Rule 23(f) appeal. The issues to be resolved on summary judgment are the same whether or not a class is certified, however. The motion to stay [339] is denied. On Plaintiff's oral motion, dates for briefing on motions for summary judgment extended as follows: Response 3/27/2008; Replies 4/25/2008.

Docketing to mail notices.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

Case 1:03-cv-05044   Document 351   Filed 03/17/2008   Page 1 of 1

03C5044 Bruce G. Howell, et al vs. Carl F. Koenemann, et al                                    Page 1 of 1