# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEPHEN LINGIS, et al., <br><br> Plaintiffs, <br><br> - v - <br><br> MOTOROLA, INC., et al., <br><br> Defendants. | Case No. 03-cv-5044 <br> Hon. Rebecca R. Pallmeyer |

## SUPPLEMENTAL EXHIBITS
## TO
## DEFENDANTS' CONSOLIDATED STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT
## AND
## AND IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF FACTS

J. Stephen Poor
John T. Murray
Ian H. Morrison
Brian M. Stolzenbach
Ada W. Dolph
SEYFARTH SHAW LLP
131 S. Dearborn Street, Suite 2400
Chicago, Illinois 60603-5577
(312) 460-5000

*Counsel for Defendants*

**TABLE OF CONTENTS**

| TAB # | DESCRIPTION |
|---|---|
| **Deposition Excerpts and Exhibits (By Witness)** | |
| 70 | **Beaver, William** – Deposition Transcript Excerpts |
| | **Dorazil, Rick** |
| 71 | Dorazil, Rick – Deposition Transcript Excerpts |
| 72 | **Earhart, Stephen** - Deposition Transcript Excerpts |
| 73 | **Foote, James** - Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| | **Galvin, Christopher** |
| 74 | Galvin, Christopher - Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 75 | Galvin, Christopher - SEC Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 76 | **Growney, Robert** - Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 77 | **Howell, Bruce** - Deposition Transcript Excerpts |
| 78 | **Hughes, Ed** – SEC Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 79 | **Johnson, R. Larry -** Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| | **Keating, Walter** |
| 80 | Keating, Walter - Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 81 | Keating, Walter – SEC Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |

| TAB # | DESCRIPTION |
|---|---|
| **Deposition Excerpts and Exhibits (By Witness),** *cont'd.* ||
| | **Koenemann, Carl** |
| 82 | **Koenemann, Carl** - Deposition Transcript Excerpts : *Filed Under Seal Pursuant to Protective Order* |
| 83 | **Koenemann, Carl** – SEC Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 84 | **Lewent, Judy** – Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 85 | **Miller, R. Alan** - Deposition Transcript Excerpts |
| 86 | **Miller, Ron** - Deposition Transcript Excerpts |
| | **Milne, Garth** |
| 87 | Milne Deposition Exhibit 273 (SEC Form 10-Q for period ending Sept. 30, 2000) *(pertinent excerpts)* |
| 88 | **Negroponte, Nicholas** - Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 89 | **Ross, David** - Deposition Transcript Excerpts |
| 90 | **Severns, Richard** - SEC Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 91 | **Singleton, Robert** - Deposition Transcript Excerpts: *Filed Under Seal Pursuant to Protective Order* |
| 92 | **Steiner, Alfred Andrew, Jr.** - Deposition Transcript Excerpts |
| 93 | **Vander Vennet, George** - Deposition Transcript Excerpts |
| **Expert Reports** ||
| 94 | **Johnson, R. Larry** Expert Report, September 14, 2007: *Filed Under Seal Pursuant to Protective Order* |

| TAB # | DESCRIPTION |
|---|---|
| **Expert Reports,** *cont'd.* | |
| 95 | **Ross, David J.** Rebuttal Report, September 12, 2007 |
| **Hearing Transcripts** | |
| 96 | January 24, 2008 Hearing Transcript before the Hon. Rebecca Pallmeyer |
| **Production Documents** | |
| 97 | KPMG 0063-0064 (Motorola Credit Corporation, Telsim Loan Review Update – 1st Quarter 2001 Events 12/31/00 W/P E-1, Exhibit 572): *Filed Under Seal Pursuant to Protective Order* |
| 98 | KPMG 0078-0081 (KPMG Work paper – MCC – Loan Review Approach – 12/31/00): *Filed Under Seal Pursuant to Protective Order* |
| 99 | KPMG 0082-0084 (KPMG Work paper – MCC - Credit Review Conclusions, 12/31/000): *Filed Under Seal Pursuant to Protective Order* |
| 100 | KPMG 0944-0947 (KPMG Work paper – MCC – Allowance for Credit Losses – 12/31/00): *Filed Under Seal Pursuant to Protective Order* |
| 101 | KPMG 01376-387 (Oct. 8, 2001 Memo from G. Ryan to Motorola Work papers regarding Motorola, Inc. – Telsim Loan Receivable Q3 Impairment – 12/31/00): *Filed Under Seal Pursuant to Protective Order* |
| 102 | MOT/TEL 04-06416-418 (Request for Credit Approval Executive Summary): *Filed Under Seal Pursuant to Protective Order* |
| 103 | MOT/TEL 04-29322–29 (Letter to the Audit Committee of the Board of Directors from KPMG LLP dated May 1, 2000 (Exhibit 713)): *Filed Under Seal Pursuant to Protective Order* |
| 104 | MOT/TEL 04-29330 - 04-29338 at MOT/TEL 04-29335 (Letter to the Audit Committee of the Board of Directors from KPMG LLP dated January 29, 2001 (Exhibit 718)): *Filed Under Seal Pursuant to Protective Order* |

| TAB # | DESCRIPTION |
|---|---|
| **Production Documents,** *cont'd.* | |
| 105 | MOT/TEL 04-31547-563 (Telsim Information Memorandum by Merrill Lynch, Jan. 2000): *Filed Under Seal Pursuant to Protective Order* |
| 106 | MOT/TEL 04-31878-898 (Motorola, Inc. 10-Q, July 31, 2000) |
| **Miscellaneous** | |
| 107 | Vodafone News Release, "Acquisition of the Assets of Telsim in Turkey", Dec. 13, 2005 |

Respectfully submitted,

ALL REMAINING DEFENDANTS

By:       s/Ian H. Morrison
          One of His Attorneys

| | |
|---|---|
| J. Stephen Poor (spoor@seyfarth.com) | John T. Murray (jmurray@seyfarth.com) |
| Ian H. Morrison (imorrison@seyfarth.com) | SEYFARTH SHAW LLP |
| Brian Stolzenbach (bstolzenbach@seyfarth.com) | 1545 Peachtree Street, Suite 700 |
| Ada W. Dolph (adolph@seyfarth.com) | Atlanta, GA 30309-2401 |
| SEYFARTH SHAW LLP | (404) 885-1500 |
| 131 S. Dearborn Street, Suite 2400 | |
| Chicago, Illinois 60603-5577 | |
| (312) 460-5000 | **Dated: March 28, 2008** |

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of SUPPLEMENTAL EXHIBITS TO DEFENDANTS' CONSOLIDATED STATEMENT OF FACTS IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' STATEMENT OF FACTS to be served upon the following, by electronically filing the same on this 28th day of March, 2008:

>Robert D. Allison
>Robert D. Allison & Associates
>122 S. Michigan Avenue, Ste 1850
>Chicago, IL 60603
>312-427-4500
>rdalaw@ix.netcom.com


>Edwin J. Mills
>Stull, Stull & Brody
>Six East 45th Street
>New York, New York 10017
>ssbny@aol.com


                                                      s/Ian H. Morrison