## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

—————————————————————

STEPHEN G. LINGIS, DONALD L. SMITH
and PETER D. WHITE, on Behalf of
Themselves and a Class of Persons Similarly
Situated,

                  Plaintiffs,

      v.

MOTOROLA, INC., DAVID
DEVONSHIRE, THE PROFIT SHARING
COMMITTEE OF MOTOROLA, INC.,
RICK DORAZIL, CHRISTOPHER B.
GALVIN, ROBERT L. GROWNEY,
RONNIE C. CHAN, H. LAURANCE
FULLER, ANNE P. JONES, DONALD R.
JONES, JUDY C. LEWENT, WALTER E.
MASSEY, NICHOLAS NEGROPONTE,
JOHN E. PEPPER, JR., SAMUEL C.
SCOTT III, GARY L. TOOKER, B.
KENNETH WEST, JOHN A. WHITE and
CARL F. KOENEMANN,

                  Defendants.

—————————————————————— X

No. 03 C 5044

Judge Rebecca R. Pallmeyer

## <u>NOTICE OF APPEAL</u>

Notice is hereby given that Plaintiffs Stephen G. Lingis, Donald L. Smith, Peter D. White
and Bruce G. Howell, on their own behalves, on behalf of the class certified by the district court, and
on behalf of the Motorola, Inc. 401(k) Profit Sharing Plan, hereby appeal to the United States Court
of Appeals for the Seventh Circuit from the Memorandum Opinion and Order, dated and entered
June 17, 2009, denying Plaintiffs' motion for summary judgment and granting Defendants' motions
for summary judgment (Document 448), and from the Judgment in a Civil Case dated and entered on
June 17, 2009 (Document 449).

Dated: July 14, 2009

**STULL, STULL & BRODY**

  s/Edwin J. Mills                
Edwin J. Mills*
6 East 45th Street
New York, New York 10017
Telephone: (212) 687-7230
Fax: (212) 490-2022

**ROBERT D. ALLISON & ASSOCIATES**
Robert D. Allison
122 South Michigan Avenue
Suite 1850
Chicago, IL 60603
(312) 427-7600
Firm I.D. No. 36749

*Attorneys for Plaintiffs*

* Counsel of Record