# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF DOCKETING - Short Form

July 15, 2009

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

| |
|---|
| Appellate Case No: 09-2796 <br><br> Caption: <br> STEPHEN LINGIS, et al., <br>  Plaintiffs - Appellants <br><br> v. <br><br> RICK DORAZIL, et al., <br>  Defendants - Appellees |
| District Court No: 1:03-cv-05044 <br> Court Reporter Frances Ward <br> Clerk/Agency Rep Michael Dobbins <br> District Judge Rebecca Pallmeyer <br><br> Date NOA filed in District Court: 07/14/2009 |

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form** (form ID: **188**)