**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

STEPHEN LINGIS, et al.,

        Plaintiffs

        v.

MOTOROLA, INC., et al.,

        Defendants

Case No. 03 C 5044
Hon. Rebecca R. Pallmeyer

**BILL OF COSTS**

Defendants, pursuant to 28 U.S.C. § 1920, Rule 54(d) of the Federal Rules of Civil

Procedure, and LR54.1, submit this Bill of Costs in connection with this Court's June 17,

2009, entry of judgment against Plaintiffs Stephen Lingis, Donald Smith and Peter

White.

**Introduction**

The Court previously entered judgment against Plaintiff Bruce Howell and granted

Plaintiff Howell's motion to deny costs in connection with that judgment, holding that

Rule 54(d) does not apply in cases such as this one. (3/12/2007 Order, Dkt. Entry No.

203.) Defendants respectfully disagree with the Court's ruling in that regard.

Defendants further note that Rule 54(d) has been amended since the Court's original

order granting Plaintiff Howell's motion to deny costs. The relevant portion of the Rule now reads as follows:

> Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party.

FED. R. CIV. P. 54(d)(1). It is defendants' position that Section 502(g) of ERISA does not "provide otherwise." *See* 29 U.S.C. § 1132(g). Indeed, in a case very similar to this one, the Seventh Circuit recently affirmed an award of costs to the defendants in the amount of $219,211.00. *See Hecker v. Deere & Co.*, 556 F.3d 575, 591 (7th Cir. 2009).

Accordingly, Defendants are entitled to recover **$84,214.02** in costs. The basis for the total amount sought is discussed below and detailed further in the Court's Bill of Costs form and the accompanying schedules, which are attached hereto. Defendants note that certain of the costs were incurred during the course of discovery that was coordinated with the companion securities case, *In Re Motorola Securities*, No. 03-287. Of the total costs sought, however, **$15,378.21** in deposition and copying costs were incurred exclusively as a result of plaintiffs' unsuccessful ERISA claims.[1]

---

[1] These include the costs for a May 26, 2005 deposition of Motorola corporate representatives under Fed. R. Civ. P. 30(b)(6) in the ERISA case, the copying of certain documents produced exclusively in connection with the ERISA case, and all of the depositions taken and copying charges incurred in this case beginning with Defendants' answer to the complaint in intervention. That answer was filed on April 12, 2007, the same day the securities litigation settled in principle.

## Copies

Pursuant to 28 U.S.C. § 1920(4), Defendants seek **$11,028.64** for the expense of copying documents produced in discovery, *see State of Illinois v. Sangamo Construction Co.*, 657 F.2d 855, 867 (7th Cir. 1981) (costs of copying discovery documents, whether or not introduced at trial, held recoverable), and pleadings filed with the Court and/or served on Plaintiffs' counsel. The amount sought is for two copies of each pleading filed with the Court after judgment was entered against Plaintiff Howell (or three copies when paper copies were required to be served on opposing counsel) and one copy of each document produced in discovery. (*See* Exhibit A to attached Bill of Costs form.)

## Processing of Electronically Stored Information

Defendants seek to recover **$39,330.00** expended to convert electronic data into a readable format for purposes of producing it in discovery. (*See* Exhibit B to attached Bill of Costs form.) This expense is recoverable under 28 U.S.C. § 1920. *See Hecker*, 556 F.3d at 591.

## Depositions

Defendants seek **$29,087.55** for fees paid to various court reporters and videographers in connection with the depositions taken during the course of this action. (*See* Exhibit C to attached Bill of Costs form.) These expenses are recoverable pursuant to 28 U.S.C. § 1920(2). *See Little v. Mitsubishi Motors North Am.*, 514 F.3d 699, 701-02 (7th Cir. 2008) (prevailing party may recover costs for both video-recording and

stenographically transcribing a deposition); *Hudson v. Nabisco Brands, Inc.*, 758 F.2d 1237, 1243 (7th Cir. 1985) (costs related to depositions, including discovery depositions, recoverable if necessarily obtained for use in the case).

### Witnesses

Defendants seek to recover **$4,767.83** for the reasonable travel and lodging expenses paid to Murat Ongor, who traveled from Turkey to New York for his deposition in this matter. (*See* Exhibit D to attached Bill of Costs form.) These expenses are recoverable under 28 U.S.C. §§ 1821 and 1920(3). *See Interclaim Holdings Ltd. v. Ness*, 2004 U.S. Dist. LEXIS 4470, *13-19 (N.D. Ill. Mar. 23, 2004) (Pallmeyer, J.) (awarding costs for witnesses' travel and subsistence).

WHEREFORE, Defendants respectfully request that the Court award them **$84,214.02** in costs.

Respectfully submitted,

SEYFARTH SHAW LLP

By:  s/Brian M. Stolzenbach
     _____

<table>
<tr><td>J. Stephen Poor</td><td></td></tr>
<tr><td>Ian H. Morrison</td><td>John T. Murray</td></tr>
<tr><td>Brian M. Stolzenbach</td><td>SEYFARTH SHAW LLP</td></tr>
<tr><td>Ada W. Dolph</td><td>1545 Peachtree Street, Suite 700</td></tr>
<tr><td>SEYFARTH SHAW LLP</td><td>Atlanta, GA 30309-2401</td></tr>
<tr><td>131 S. Dearborn Street, Suite 2400</td><td>(404) 885-1500</td></tr>
<tr><td>Chicago, Illinois 60603-5577</td><td></td></tr>
<tr><td>(312) 460-5000</td><td>**Dated: July 17, 2009**</td></tr>
</table>

CH1 11760789.3

AO 133 (Rev. 03/08) Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern District of Illinois

| | | |
|---|---|---|
| Stephen Lingis, et al. | ) | |
| | ) | |
| v. | ) | Case No.: 03 C 5044 |
| | ) | |
| Motorola, Inc., et al. | ) | |
| | ) | |

## Bill of Costs

Judgment having been entered in the above entitled action ___06/17/2009___ against ___Plaintiffs S. Lingis, et al.___ ,
Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 29,087.55 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 4,767.83 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | 50,358.64 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL $ | 84,214.02 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or.

☐ Conventional service by first class mail, postage prepaid as set forth below.

s/ Attorney:  Brian M. Stolzenbach

Name of Attorney:  Brian M. Stolzenbach

For: Defendants Motorola, Inc., et al. _____  Date: ___07/17/2009___

Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| | | |
|---|---|---|
| _____ | _____ | _____ |
| Clerk of Court | Deputy Clerk | Date |

✎AO 133 (Rev. 03/08)  Bill of Costs

# United States District Court

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | Total Cost Each Witness |
| Murat Ongor, Istanbul, Turkey | 2 | 4,767.83 | | | | | $4,767.83 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $4,767.83 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# EXHIBIT A

## EXHIBIT A – Copies [*]

## PLEADINGS

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|------|----------|--------------|-------------------------------|---------------------|
| 10/20/05 | Appearance of Ian H. Morrison on the behalf of Defendants | 1 | 2 | 2 |
| 10/20/05 | Notice of Withdrawal and Substitution of Counsel for Defendants | 3 | 2 | 6 |
| 10/25/05 | Appearances for Camille Olsen and Ada Dolph on the behalf of Defendants | 1 | 2 | 2 |
| 10/31/05 | Bill of Costs for Defendants | 17 | 2 | 34 |
| 11/02/05 | Appearance of Brian Stolzenbach on the behalf of Defendants | 2 | 2 | 4 |
| 11/03/05 | Defendants' Unopposed Motion for an Extension of Time to File its Response to John W. Endsley's Motion to Intervene | 3 | 2 | 6 |
| 11/03/05 | Notice of Defendants' Unopposed Motion for an Extension of Time to File its Response to John W. Endsley's Motion to Intervene | 2 | 2 | 4 |
| 11/18/05 | Defendants' Appendix of Unpublished Cases in Support of Their Memorandum in Opposition to John W. Endsley's Motion to Intervene | 59 | 2 | 118 |
| 11/18/05 | Defendant's Memorandum in Opposition to John W. Endsley's Motion to Intervene | 78 | 2 | 156 |
| 12/5/05 | Defendants' Memorandum in Opposition to Plaintiff's Motion to Deny Costs | 7 | 2 | 14 |
| 12/22/05 | Notice of Motion and Joint motion to vacate | 8 | 2 | 16 |

[*] During the course of this litigation, Defendants were charged between $0.07 and $0.15 per page for the copies identified in this Exhibit, which were all produced in-house by Defendants' counsel; however, Defendants have calculated all such copies at a cost of $0.07 per page for purposes of their bill of costs.

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | discovery deadlines | | | |
| 12/22/05 | Exhibits to motion to vacate discovery deadlines | 2 | 2 | 4 |
| 12/27/05 | Corrected Notice of Joint Motion to Vacate Discovery Deadlines | 2 | 2 | 4 |
| 12/27/05 | Defendants' Motion for Leave to File a Surreply *Instanter* | 20 | 2 | 40 |
| 12/27/05 | Defendants' Notice of Motion for Leave to File a Surreply *Instanter* | 12 | 2 | 24 |
| 1/3/06 | Defendants' Surreply in Opposition to Endsley's Motion to Intervene | 18 | 2 | 36 |
| 1/27/06 | Defendants' Response to Endsley's Supplemental Authority | 9 | 2 | 18 |
| 2/24/06 | Memorandum of Law in Support of Defendant's Motion to Use Prior Testimony and Depositions as if They were Taken in This Case or, in the Alternative, for the Issuance of a Letter of Request to Take Testimony in the United Kingdom Under the Hague Evidence Convention | 266 | 2 | 532 |
| 2/24/06 | Defendants' Motion to use Prior Testimony and Depositions as if They were taken in this case or, in the alternative, for the issuance of a letter of request to take testimony in the United Kingdom Under the Hague Evidence Convention; and Notice of Motion | 8 | 2 | 16 |
| 3/03/06 | Initial Joint Status Report | 4 | 2 | 8 |
| 3/10/06 | Defendants' Unopposed Motion for leave to file *Instanter* Supplemental Authority in Opposition to John Endsley's Motion to Intervene and to Allow Endsley Ten Days to Respond to Said Authority; and Notice of | 4 | 2 | 8 |

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | Motion | | | |
| 3/29/06 | Joint motion to enter Order Pursuant to Stipulation; and Notice of Motion | 17 | 2 | 34 |
| 4/07/06 | Stipulation Concerning Discovery in In Re: Motorola Securities Litigation. | 4 | 2 | 8 |
| 4/14/06 | Defendants' Unopposed Motion for leave to file *Instanter* Supplemental Authority in Opposition to John Endsley's Motion to Intervene; and Notice of Motion | 10 | 2 | 20 |
| 8/15/06 | Notice of Change of Address | 3 | 2 | 6 |
| 9/12/06 | Motion by Defendants for Entry of Judgment; and Notice of Filing | 26 | 2 | 52 |
| 9/12/06 | Corrected Notice of Motion for Judgment | 1 | 2 | 2 |
| 9/25/06 | Defendants' Reply Brief in Support of their Motion for Entry of Judgment | 3 | 2 | 6 |
| 2/06/07 | Defendants' Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs-Intervenors' Complaint in Intervention; and Notice of Motion | 6 | 2 | 12 |
| 3/01/07 | Defendants' Second Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs-Intervenors' Complaint in Intervention; and Notice of Motion | 55 | 2 | 110 |
| 3/16/07 | Statement of Death of Defendant Kenneth West | 2 | 2 | 4 |
| 3/20/07 | Defendants' Third Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs-Intervenors' Complaint in | 55 | 2 | 110 |

3

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|------|----------|--------------|-------------------------------|--------------------|
|  | Intervention; and Notice of Motion |  |  |  |
| 4/12/07 | Answer and Affirmative Defenses to Plaintiffs-Intervenors' Complaint in Intervention | 60 | 2 | 120 |
| 5/3/07 | Attorney Appearance for Defendants by John T. Murray | 2 | 2 | 4 |
| 5/23/07 | Memorandum of Law in Opposition to Plaintiffs' Motion to Compel the Deposition of Defendant Rick Dorazil in Chicago | 14 | 2 | 28 |
| 5/25/07 | Defendants' Requests for Admission to Peter White | 18 | 2 | 36 |
| 5/25/07 | Defendants' Interrogatories to Peter White | 10 | 2 | 20 |
| 5/25/07 | Defendants' Requests for Admission to Stephen Lingis | 18 | 2 | 36 |
| 5/25/07 | Defendants' Interrogatories to Stephen Lingis | 10 | 2 | 20 |
| 5/25/07 | Defendants' Requests for Admission to Donald Smith | 18 | 2 | 36 |
| 5/29/07 | Motion for extension of time to file Their Opposition to Class Certification and for an Expansion of the Page Limit; and Notice of Motion | 4 | 2 | 8 |
| 5/31/07 | Defendants' Interrogatories to Donald Smith | 10 | 2 | 20 |
| 6/7/07 | Memorandum in Opposition to Motion to Certify Class | 141 | 2 | 282 |
| 6/19/07 | Motion to Dismiss Defendant B. Kenneth West; and Notice of Motion | 4 | 2 | 8 |
| 6/22/07 | Memorandum of Law in opposition to | 31 | 2 | 62 |

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|------|----------|--------------|-------------------------------|---------------------|
| | Plaintiff's motion to compel | | | |
| 7/18/07 | Defendants Motion for leave to file a Sur-reply (Class Issue); and Notice of Motion | 5 | 2 | 10 |
| 7/18/07 | Motion by Defendant Motorola, Inc. for Leave to File a Sur-reply Instanter (Privilege Issue); and Notice of Motion | 9 | 2 | 18 |
| 7/23/07 | Sur-Reply by Defendant Motorola, Inc. to Motion to Compel Defendant Motorola, Inc. to Answer Certain Deposition Questions and Certificate of Service | 25 | 2 | 50 |
| 8/6/07 | Defendants' Surreply in Opposition to Plaintiffs' Motion for Class Certification | 121 | 2 | 242 |
| 8/14/07 | Defendants' Unopposed Motion to Reset the Expert Discovery Schedule; and Notice of Motion | 6 | 2 | 12 |
| 9/11/07 | Defendants' Motion for Entry of Final Judgment Against Plaintiff Bruce Howell, Pursuant to Rule 54(b); and Notice of Motion | 25 | 2 | 50 |
| 10/17/07 | Defendants' Reply Brief in Support of Their Motion for Entry of Final Judgment Against Plaintiff Bruce Howell, Pursuant to Rule 54(b) | 33 | 2 | 66 |
| 10/19/07 | Defendant David Devonshire's Unopposed Motion for Summary Judgment; and Notice of Motion | 5 | 2 | 10 |
| 10/19/07 | Memorandum of Law in Support of Defendant David Devonshire's Motion for Summary Judgment | 6 | 2 | 12 |
| 10/19/07 | Statement of Facts In Support of Defendant David Devonshire's Motion for Summary | 6 | 2 | 12 |

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | Judgment | | | |
| 10/19/07 | Defendant Donald Jones's Unopposed Motion for Summary Judgment; and Notice of Motion | 5 | 2 | 10 |
| 10/19/07 | Memorandum of Law in Support of Defendant Donald Jones's Unopposed Motion for Summary Judgment | 6 | 2 | 12 |
| 10/19/07 | Statement of Facts in Support of Defendant Donald Jones's Unopposed Motion for Summary Judgment | 13 | 2 | 26 |
| 10/19/07 | Defendants' Motion to Alter the Class Definition to Exclude Individually-Named Defendants and Motorola, Inc. Directors and Officers from the Class; and Notice of Motion | 18 | 2 | 36 |
| 10/19/07 | Defendants' Opposition to Plaintiffs' Motion for Entry of Amended Class Order | 26 | 2 | 52 |
| 10/23/07 | Defendants' Motion to Stay Proceedings or in the Alternative, to Continue Summary Judgment and Pretrial Order Deadlines; and Notice of Motion | 12 | 2 | 24 |
| 10/29/07 | Notice of Depositions of R. Alan Miller, George Vander Vennet, and Thomas Myers | 3 | 2 | 6 |
| 10/30/07 | Revised Notice of Depositions of R. Alan Miller, George Vander Vennet, and Thomas Myers | 3 | 2 | 6 |
| 11/13/07 | Revised Notice of Deposition of Thomas Myers on 11/16/07 at 9:30 a.m. | 3 | 2 | 6 |
| 1/10/08 | Motion for a Protective Order Regarding the Plaintiffs' Notice of a 30(b)(6) Deposition; and Notice of Motion | 8 | 2 | 16 |
| 1/16/08 | Unopposed Motion to Extend Dispositive | 5 | 2 | 10 |

6

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | Motion and Pretrial Order Deadlines; and notice | | | |
| 2/7/08 | Defendants' Unopposed Motion for Leave to File a Single Statement of Facts in Support of and in Opposition to Motions for Summary Judgment; and Notice of Motion | 10 | 2 | 20 |
| 2/15/08 | Motion by Defendant Motorola, Inc. for Summary Judgment | 2 | 3[†] | 6 |
| 2/15/08 | Motion by Defendant Rick Dorazil for Summary Judgment | 2 | 3 | 6 |
| 2/15/08 | Motion by Defendants H. Laurance Fuller, Anne P. Jones, Judy C. Lewent, Walter E. Massey, Nicholas Negroponte, John E. Pepper, Jr., Samuel C. Scott, John A. White for Summary Judgment | 3 | 3 | 9 |
| 2/15/08 | Motion by Defendant Christopher B. Galvin for Summary Judgment | 2 | 3 | 6 |
| 2/15/08 | Motion by Defendant Robert L. Growney for Summary Judgment | 2 | 3 | 6 |
| 2/15/08 | Motion by Defendant Carl F. Koenemann for Summary Judgment | 2 | 3 | 6 |
| 2/15/08 | Motion by Defendant The Profit Sharing Committee of Motorola Inc. for Summary Judgment | 2 | 3 | 6 |
| 2/15/08 | Motion by Defendant Gary L. Tooker for Summary Judgment | 2 | 3 | 6 |
| 2/15/08 | Memorandum by Motorola, Inc. in Support of | 14 | 3 | 42 |

---

[†] Where the number of copies is three, it is because Defendants served paper copies on Plaintiffs because the documents were filed with the Court under seal.

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | Motion for Summary Judgment | | | |
| 2/15/08 | Memorandum by Rick Dorazil in Support of Motion for Summary Judgment | 18 | 3 | 54 |
| 2/15/08 | Memorandum by H. Laurance Fuller, Anne P. Jones, Judy C. Lewent, Walter E. Massey, Nicholas Negroponte, John E. Pepper, Jr., Samuel C. Scott and John A White in Support of Motion for Summary Judgment | 19 | 3 | 57 |
| 2/15/08 | Memorandum by Christopher B. Galvin in Support of Motion for Summary Judgment | 14 | 3 | 42 |
| 2/15/08 | Memorandum by Robert L. Growney in Support of Motion for Summary Judgment | 11 | 3 | 33 |
| 2/15/08 | Memorandum by Carl F. Koenemann in Support of Motion for Summary Judgment | 18 | 3 | 54 |
| 2/15/08 | Memorandum by The Profit Sharing Committee of Motorola Inc. in Support of Motion for Summary Judgment | 11 | 3 | 33 |
| 2/15/08 | Memorandum by Gary L. Tooker in Support of Motion for Summary Judgment | 15 | 3 | 45 |
| 2/15/08 | Defendants' Consolidated Statement of Undisputed Material Facts in Support of their Separate Motions for Summary Judgment | 76 | 3 | 228 |
| 2/15/08 | Exhibits to Defendants' Consolidated Statement of Undisputed Material Facts in Support of their Separate Motions for Summary Judgment | 1474 | 3 | 4422 |
| 2/27/08 | Defendants' Motion to Stay in Light of Court of Appeals' Acceptance of Defendants' Rule 23(f) Appeal; and Notice of Motion | 10 | 2 | 20 |
| 2/28/08 | Defendants' Reply in Support of its Motion to Stay in Light of Court of Appeals' Acceptance of Defendants' Rule 23(f) Appeal | 4 | 2 | 8 |

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | | | | |
| 3/3/08 | Defendant's Notice of Appeal | 2 | 2 | 4 |
| 3/17/08 | Joint Motion to Maintain Confidential Materials as Restricted Documents; and Notice of Joint Motion | 13 | 2 | 26 |
| 3/28/08 | Defendants' Memorandum of Law in Opposition to Plaintiffs' Motion or Summary Judgment | 44 | 3 | 132 |
| 3/28/08 | Defendants' Consolidated Statement of Additional Facts in Opposition to Plaintiffs' Motion for Summary Judgment | 17 | 3 | 51 |
| 3/28/08 | Defendants' Response to Plaintiffs' L.R. 56.1 Statement of Material Facts | 250 | 3 | 750 |
| 3/28/08 | Defendants' Motion to Strike Certain Paragraphs of Plaintiffs' Statement of Facts and Their Expert Affidavits; and Notice of Motion | 6 | 3 | 18 |
| 3/28/08 | Defendants' Memorandum of Law in Support of Motion to Strike Certain Paragraphs of Plaintiffs' Statement of Facts and Their Expert Affidavits | 41 | 3 | 123 |
| 3/31/08 | Supplemental Exhibits to Defendants' Consolidated Statement of Facts in Opposition to Plaintiffs' Motion for Summary Judgment and in Support of Defendants' Response to Plaintiffs' Statement of Facts | 341 | 3 | 1023 |
| 4/1/08 | Amended Notice of Motion to Strike Certain Paragraphs of Plaintiffs' Statement of Facts and Their Expert Affidavits | 2 | 2 | 4 |

9

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | | | | |
| 4/1/08 | Defendants' Unopposed Motion to Supplement the Record on Appeal (No. 08-1696) To Include the Transcript of the October 25, 2007 Hearing Before the Court; and Notice of Motion | 6 | 2 | 12 |
| 4/28/08 | Defendants' Unopposed Motion To Supplement The Record On Appeal (No. 08-1696) And File Certain Exhibits To Docket Entry Number 247 Under Seal, *Instanter;* and Notice of Motion | 4 | 2 | 8 |
| 4/28/09 | Reply by Defendants H Laurance Fuller, Anne P Jones, Judy C Lewent, Walter E Massey, Nicholas Negroponte, John E Pepper, Jr, Samuel C Scott, John A White Reply Brief in support of their motion for Summary Judgment | 14 | 2 | 28 |
| 4/28/08 | Defendants Christopher B Galvin, Robert L Growney reply brief in support of their motion for summary judgment | 4 | 2 | 8 |
| 4/28/08 | Defendants' consolidated response to plaintiffs' statement of additional facts | 16 | 2 | 32 |
| 4/28/08 | Reply by Defendant The Profit Sharing Committee of Motorola Inc and memorandum of law in support of Summary Judgment for the Profit Sharing Committee | 13 | 2 | 26 |
| 4/28/08 | Notice of Motion and Motion by Defendants to strike *Affidavit of Thomas A. Myers in Opposition to Defendants' Motions for Summary Judgment* | 6 | 2 | 12 |

10

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | | | | |
| 4/28/08 | MEMORANDUM by Christopher B Galvin, Robert L Growney, H Laurance Fuller, Anne P Jones, Judy C Lewent, Walter E Massey, Nicholas Negroponte, John E Pepper, Jr, Samuel C Scott, Gary L Tooker, John A White, Carl F Koenemann, Rick Dorazil, Motorola, Inc., et al., The Profit Sharing Committee of Motorola Inc in support of motion to strike, motion for relief, *the Affidavit of Thomas A. Myers in Opposition to Defendants' Motions for Summary Judgment* | 20 | 2 | 40 |
| 4/28/08 | Defendant Motorola Inc. reply brief and memorandum in support of its motion *for Summary Judgment* | 27 | 2 | 54 |
| 4/28/08 | Defendant Gary L Tooker reply brief and memorandum in support of his motion *for Summary Judgment* | 32 | 2 | 64 |
| 4/28/08 | Defendant Rick Dorazil reply brief and memorandum in support of his motion *for Summary Judgment* | 37 | 2 | 74 |
| 4/28/08 | Defendant Carl F Koenemann to memorandum in support of motion, motion for summary judgment, memorandum in opposition to motion for Summary Judgment | 40 | 2 | 80 |
| 4/29/08 | REPLY BRIEF by Defendants H Laurance Fuller, Anne P Jones, Judy C Lewent, Walter E Massey, Nicholas Negroponte, John E Pepper, Jr, Samuel C Scott, John A White in Support of their motion for summary judgment.(*Filed Under Seal*) | 13 | 3 | 26 |
| 4/29/08 | REPLY BRIEF by Defendant Rick Dorazil In Support of his motion for summary judgment. (*Filed Under Seal*) | 18 | 3 | 54 |

11

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | | | | |
| 4/29/08 | REPLY BRIEF by Defendant Carl F Koenemann In Support of his motion for summary judgment. (*Filed Under Seal*) | 19 | 3 | 57 |
| 5/2/08 | MOTION by Defendants for extension of time for Defendants to file a motion pursuant to the protective order to maintain confidential materials filed under seal | 4 | 2 | 8 |
| 5/2/08 | NOTICE of Motion by Ada W. Dolph for Unopposed motion for extension of time for defendants to file a motion pursuant to the protective to main confidential materials filed under seal | 3 | 2 | 6 |
| 5/16/08 | Reply Memorandum in Support of Defendants' Motion to Strike Certain Paragraphs of Plaintiffs' Statement of Facts and Their Expert Affidavits | 70 | 2 | 140 |
| 5/28/09 | SUR-REPLY by Defendants in Opposition to plaintiffs' motion for class certification. (Unredacted Version of Docket No. 247) (*Filed Under Seal*) | 44 | 3 | 132 |
| 5/28/09 | CONSOLIDATED STATEMENT by defendants of Undisputed Material Facts in support of their separate motions for summary judgment. (Unredacted version of docket no. 332) (*Filed Under Seal*) | 79 | 3 | 237 |
| 5/28/09 | EXHIBIT Nos. 8,9,10,11,12,13,14,16,47,66,67, and 68 by Defendants to Consolidated Statement of undisputed material facts in support of their separate motions for summary judgment. (Unredacted version of Docket No. 333) (*Filed Under Seal*) | 241 | 3 | 723 |

12

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|------|----------|--------------|-------------------------------|---------------------|
| | | | | |
| 5/28/09 | MEMORANDUM Of Law by defendants in Opposition to plaintiffs' motion for summary judgment. (Unredacted version of Docket No. 360) (*Filed Under Seal*) | 47 | 3 | 141 |
| 5/28/09 | CONSOLIDATED STATEMENT by defendants of Additional Facts in Opposition to plaintiffs' motion for summary judgment. (Unredacted version of Docket No. 361) (*Filed Under Seal*) | 20 | 3 | 60 |
| 5/28/09 | RESPONSE by Defendants to plaintiffs' L.R. 56.1 Statement of Material Facts. (Unredacted version of Docket No. 362) (*Filed Under Seal*) | 253 | 3 | 759 |
| 5/28/09 | SUPPLEMENTAL EXHIBIT Nos. 73,74,75,76,78,79,80,81,82,83,84,88,90,91,94, 97,98,99,100,101,102,103,104, and 105 by Defendants to Consolidated Statements of facts in Opposition to plaintiffs' motions for summary judgment and in support of defendants' statement of facts. (Unredacted version of Docket No. 367) (*Filed Under Seal*) | 248 | 3 | 744 |
| 6/20/08 | Notice of supplemental authority in support of defendants' motion to strike certain paragraphs of Plaintiffs statement of facts and their expert affidavits | 19 | 2 | 38 |
| 6/20/08 | Reply Memorandum to memorandum in support of motion, motion to strike, motion for relief, In Support Of Defendants' Motion To Strike Affidavit Of Thomas A. Myers) | 39 | 2 | 78 |
| 6/27/08 | Defendants Memorandum in Opposition to motion to strike,(1) Statements 196, 197 And 198 Of Defendants' Consolidated Statement Of Undisputed Material Facts In Support Of Their Separate Motions For Summary Judgment And (2) The Related Testimony Of Defendants' | 19 | 2 | 38 |

13

| Date | Document | No. of Pages | No. of Copies (inc. courtesy) | Total No of Pages. |
|---|---|---|---|---|
| | Proposed Expert Witness John Peavy | | | |
| 6/27/08 | Defendant's Memorandum in opposition to Plaintiff's motion to strike (1) Statements 216-241 Of Defendants' Consolidated Statement Of Undisputed Material Facts In Support Of Their Separate Motions For Summary Judgment And (2) The Related Testimony Of Defendants' Proposed Expert Witness William Beaver | 26 | 2 | 52 |
| 7/16/08 | Motion By Defendants To Supplement The Record On Appeal (No. 08-1696) To Include Documents Numbered 425 Through 432 (Joint Motion) | 4 | 2 | 8 |
| 7/16/09 | NOTICE of Motion for miscellaneous relief, and the parties joint motion to supplement record on appeal (08-1696) to include documents 425-432 | 4 | 2 | 8 |
| 5/28/09 | Notice of Supplemental Authority In Support Of Defendants' Motions For Summary Judgment | 18 | 2 | 36 |
| | Total No. of Pages | | | 17,841 |
| | **TOTAL COST** | | | **$1,248.87** |

14

**DOCUMENTS PRODUCED IN DISCOVERY**

| Description | No. of Pages | No. of Copies | Total Copies |
|---|---|---|---|
| MOT-ERISA 0001-2544 | 2,544 | 1 | 2,544 |
| MOT-ERISA 2564-4423 | 1,860 | 1 | 1,860 |
| MOTTEL01000001 - MOTTEL01033880 | 33,880 | 1 | 33,880 |
| MOT/TEL 02 00001 - MOT/TEL 02 23802 | 23,802 | 1 | 23,802 |
| MOTTEL030001 - MOTTEL030579 | 579 | 1 | 579 |
| MOTTEL0400001 - MOTTEL0454538 | 54,538 | 1 | 54,538 |
| MOTTEL0500001 - MOTTEL0522238 | 22,238 | 1 | 22,238 |
| MOTTEL0600001 - MOTTEL0600270 | 270 | 1 | 270 |
| Total No. of Pages | | | 139,711 |
| **TOTAL COST** | | | **$9,779.77** |

15

# EXHIBIT B

**EXHIBIT B - Processing of Electronically Stored Information**

| Description | Amount |
|---|---|
| Fees for converting electronic data into a readable format for purposes of producing it in discovery. | $39,330.00 |
| **Total** | **$39,330.00** |

True Data Partners, LLC

1100 El Centro Ave.
Suite A
South Pasadena, CA 91030


* A P 1 0 1 9 1 8 7 *

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/30/2005 | 5194 |

| Bill To |
|---------|
| Arnold & Porter |
| Ashley Smith |
| 555 Twelfth Street, NW |
| Washington, DC 20004-1206 |

*Conversion of data file to Tiff*

| Remit payment to |
|------------------|
| True Data Partners |
| 1100 El Centro |
| Suite A |
| South Pasadena, CA 91030 |

| Matter number | Terms | Due Date | Sales Rep | Billing Attorney | Project | Tax ID# |
|---------------|-------|----------|-----------|------------------|---------|---------|
| 11050.048 | Net 30 | 7/30/2005 | WL | E.Pasquinelli | Perdue | 95-4632499 |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 26.87 | Per gigabyte, application of search term filtering. | 500.00 | 13,435.00 |
| 9,625.6 | Per Megabyte, delivery consisted of Concordance database with Opticon cross reference file, Tiff Images and links to Native files from the following media: | 2.65 | 25,507.84 |
| 2 | Hourly charges, database administration. | 125.00 | 250.00 |
| 1 | True Data Partners' Hard Drive, Inventory Number TDP0561 containing processed data. | 250.00 | 250.00 |
| 1 | True Data Partners' Hard Drive, Inventory Number TDP0561 containing processed data. | -250.00 | -250.00 |
| 1 | Data delivered from True Data Partners to Arnold & Porter via Federal Express (790061154333) on June 21, 2005. No Charge | 45.72 | 45.72 |
| 1 | True Data Partners' Hard Drive, Inventory Number TDP0558 containing processed data. | 250.00 | 250.00 |
| 1 | True Data Partners' Hard Drive, Inventory Number TDP0558 containing processed data. | -250.00 | -250.00 |
| 1 | Data delivered from True Data Partners to Arnold & Porter via Federal Express (792315644349) on June 23, 2005. | 45.72 | 45.72 |
| 1 | True Data Partners' Hard Drive, Inventory Number TDP0559 containing processed data. | 250.00 | 250.00 |
| 1 | True Data Partners' Hard Drive, Inventory Number TDP0559 containing processed data. | -250.00 | -250.00 |

Thank you for your business.

**Total**

$39,330.00
8/8/05

# EXHIBIT C

**EXHIBIT C - Depositions**

| Invoice Date | Court Reporting Service | Deponents | Amount |
|---|---|---|---|
| 5/26/05 | Veritext/New Jersey Reporting Co., LLC | J. Foote, A. Steiner, R. Miller (5/18/05) | $736.50 |
| 10/20/05 | Veritext New York Reporting Co. | Christine E. Eddy (9/30/05) | $1,440.40 |
| 10/20/05 | Veritext New York Reporting Co. | Merle Gilmore (9/27/05) | $614.20 |
| 10/20/05 | Veritext New York Reporting Co. | William Boni (9/28/05) | $515.60 |
| 11/15/05 | Veritext New York Reporting Co. | Perry Rowicki (10/20/05) | $665.20 |
| 11/23/05 | Veritext New York Reporting Co. | Stephen Earhart (10/21/05) | $2,013.55 |
| 11/23/05 | Veritext New York Reporting Co. | Walter Keating (10/26/05, Vol. I) | $1,525.40 |
| 12/6/05 | Veritext New York Reporting Co. | Christine E. Eddy (9/30/05) | $1,440.40 |
| 12/14/05 | Veritext New York Reporting Co. | Walter Keating (10/27/05, Vol. II) | $2,128.10 |
| 12/21/05 | Veritext New York Reporting Co. | Merle Gilmore (11/22/05) | $865.80 |
| 1/10/06 | Veritext New York Reporting Co. | Mark Atkins (11/11/05, Vol. I) | $1,144.40 |
| 1/11/06 | Veritext New York Reporting Co. | Mark Atkins (12/7/05, Vol. II) | $1,018.80 |
| 4/25/07 | Veritext New York Reporting Co. | Murat Ongor (3/15/07, Vol. I) | $674.40 |
| 5/21/07 | Veritext New York Reporting Co. | Murat Ongor (3/16/07, Vol. II) | $838.60 |
| 6/7/07 | Legalink Chicago | Plaintiff Stephen G. Lingis (5/4/07) | $1,446.80 |
| 6/7/07 | Legalink Chicago | Plaintiff Donald Smith (5/3/07) | $1,379.25 |
| 6/25/07 | Veritext New Jersey | David Devonshire (5/2/07) | $649.35 |
| 7/2/07 | Legalink Chicago | Plaintiff Peter White (3/15/07) | $1,015.45 |
| 7/26/07 | Veritext | Walter Massey (6/14/07) | $389.95 |
| 7/26/07 | Veritext | Rick Dorazil (7/26/07) | $760.00 |
| 8/3/07 | Veritext New Jersey | John Pepper, Jr. (6/21/07) | $347.45 |
| 8/3/07 | Veritext New Jersey | Gary Tooker (6/26/07) | $336.75 |
| 8/3/07 | Veritext New Jersey | Judy Lewent (6/13/07) | $427.25 |
| 8/3/07 | Veritext New Jersey | Nicholas Negroponte (6/19/07) | $379.75 |
| 8/14/07 | Veritext New Jersey | Nicholas Negroponte (6/19/07) | $64.25 |

17

| Invoice Date | Court Reporting Service | Deponents | Amount |
|---|---|---|---|
| 11/27/07 | Hansen & Company | Thomas Myers (11/16/07, Vol. I) | $1,300.30 |
| 12/10/07 | Legalink Chicago | George Vander Vennett (11/9/07) | $1,227.00 |
| 12/24/07 | Veritext New Jersey | R. Larry Johnson (11/27/07) | $852.80 |
| 1/11/08 | Veritext | John Peavy (11/28/07, 11/29/07 – Vols. I and II) | $759.05 |
| 1/14/08 | Magna Legal Services | R. Alan Miller (11/2/07) | $900.60 |
| 2/6/08 | Veritext New Jersey | David Ross (11/15/07) | $440.50 |
| 2/6/08 | Veritext New Jersey | Randy Boldt (12/19/07) | $217.25 |
| 4/8/08 | Veritext New Jersey | William H. Beaver (11/30/07) | $572.45 |
| **TOTAL** | | | **$29,087.55** |

18

# INVOICE

## Veritext/New Jersey Reporting Co., LLC

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040
Fax. 973-410-1313

Bill To: Timothy R. Haley Esq
Seyfarth Shaw
55 East Monroe Street
Suite 4200
Chicago, IL 60603

| | |
|---|---|
| Invoice #: | NJ31316 |
| Invoice Date: | 05/26/2005 |
| Balance Due: | $736.50 |

| | |
|---|---|
| Case: | Bruce Howell v. Motorola, Inc., et al |
| Job #: | 80293   \|   Job Date: 05/18/2005   \|   Delivery:   Normal |
| Location: | Seyfarth Shaw<br>55 E Monroe St \| Ste 4200 \| Chicago, IL 60603 |

**RECEIVED**

MAY 3 1 2005

SEYFARTH SHAW

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | JAMES B. FOOTE | Transcript - copy/copies | Page | 108.00 | $3.25 | $351.00 |
| 2 | ALFRED ANDREW STEINER | Transcript - copy/copies | Page | 44.00 | $3.25 | $143.00 |
| 3 | RON T. MILLER | Transcript - copy/copies | Page | 69.00 | $3.25 | $224.25 |
| | | Shipping & handling | Package | 1.00 | $18.25 | $18.25 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $736.50 |
| | Payment: | |
| | Credit | |
| | Interest: | $ 0.00 |
| Fed. Tax ID: 22-3543330     Term: Net 30 | Balance Due: | $736.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**Please tear off stub and return with payment.**

Make check payable to:

**Veritext/New Jersey Reporting Co.,** LLC
P.O. Box 14048A
Newark, New Jersey 07198-0048

| | |
|---|---|
| Invoice #: | NJ31316 |
| Job #: | 80293 |
| Invoice Date: | 05/26/2005 |
| Balance: | $736.50 |

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

## Veritext New York Reporting Co.,
## A Veritext Company

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 260
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Timothy F Haley Esq
Seyfarth & Shaw LLP
55 East Monroe Street Ste 4200
Chicago, IL 60604

| | |
|---|---|
| **Invoice #:** | NY90947 |
| **Invoice Date:** | 10/20/2005 |
| **Balance Due:** | $1,440.40 |

| | |
|---|---|
| **Case:** | Motorola Securities Litigation |
| **Job #:** | 97256 \| Job Date: 9/30/2005 \| Delivery: Normal |
| **Billing Atty:** | **Timothy F Haley Esq** |
| **Location:** | Arnold & Porter LLP |
| | 555 12th St., NW \| Conference room 1001 \| Washington, DC 20004 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1. | Christine E. Eddy | Transcript - copy | Page | 416.00 | $3.40 | $1,414.40 |
| 2. | | Shipping & handling | Package | 1.00 | $26.00 | $26.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,440.40 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,440.40 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors  No adjustments or refunds will be made after 90 days.

Make check payable to: Veritext  New York Reporting Co.,

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover

Credit Card #                              Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** NY90947
**Job #:** 97256
**Invoice Date:** 10/20/2005
**Balance :** $1,440.40

Please remit payment to:
Veritext  New York Reporting Co.,
200 Old Country Road, Suite 260
Mineola, NY 11501

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 260
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

**Bill To:** Timothy F Haley Esq
Seyfarth & Shaw LLP
55 East Monroe Street Ste 4200
Chicago, IL 60604

**Invoice #:** NY90913
**Invoice Date:** 10/20/2005
**Balance Due:** $614.20

| | |
|---|---|
| **Case:** | Motorola Securities Litigation |
| **Job #:** | 97254   |   Job Date: 9/27/2005   |   Delivery:   Normal |
| **Billing Atty:** | Timothy F Haley Esq |
| **Location:** | Robinson Curley & Clayton PC |
| | 300 South Wacker Drive | Suite 1700 | Chicago, IL 60606 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 2 | Merle Gilmore | Transcript - copy | Page | 173.00 | $3.40 | $588.20 |
| | | Shipping & handling | Package | 1.00 | $26.00 | $26.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $614.20 |
| **Payment:** | |
| **Credits:** | |
| **Interest:** | $0.00 |
| **Balance Due:** | $614.20 |

Fed. Tax ID: 20-3132569    Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

Make check payable to: **Veritext New York Reporting Co.,**

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

Credit Card # _____   Exp. Date _____

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

**Invoice #:** NY90913
**Job #:** 97254
**Invoice Date:** 10/20/2005
**Balance :** $614.20

Please remit payment to:
**Veritext New York Reporting Co.,**
**200 Old Country Road, Suite 260**
**Mineola, NY 11501**

**Veritext New York Reporting Co.,**
**A Veritext Company**

1350 Broadway, Suite 1407
New York, NY 10018
Tel. (212) 267-6868
Fax (212) 608-1616

200 Old Country Road, Suite 260
Mineola, NY 11501
Tel. (516) 608-2400
Fax (516) 608-2450

| | |
|---|---|
| **Bill To:** Timothy F Haley Esq | |
| Seyfarth & Shaw LLP | **Invoice #:** NY90923 |
| 55 East Monroe Street Ste 4200 | **Invoice Date:** 10/20/2005 |
| Chicago, IL 60604 | **Balance Due:** $515.60 |

| | |
|---|---|
| **Case:** Motorola Securities Litigation | |
| **Job #:** 97255 \| Job Date: 9/28/2005 \| Delivery: Normal | |
| **Billing Atty:** Timothy F Haley Esq | |
| **Location:** Seyfarth Shaw LLP | |
| 55 East Monroe Street \| Suite 4200 \| Chicago, IL | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | William Boni | Transcript - copy | Page | 144.00 | $3.40 | $469.60 |
| 2 | | Shipping & handling | Package | 1.00 | $26.00 | $26.00 |

**Notes:**

| | |
|---|---|
| | **Invoice Total:** $515.60 |
| | **Payment:** |
| | **Credits:** |
| Fed. Tax ID: 20-3132569    Term: Net 30 | **Interest:** $0.00 |
| | **Balance Due:** $515.60 |

TERMS. Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

Make check payable to: **Veritext New York Reporting Co.,**

☐ Visa   ☐ MC   ☐ Amex   ☐ Discover

_____   _____
Credit Card #                          Exp. Date

_____
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

**Invoice #:** NY90923
**Job #:** 97255
**Invoice Date:** 10/20/2005
**Balance:** $515.60

Please remit payment to:
Veritext New York Reporting Co.,
200 Old Country Road, Suite 260
Mineola, NY 11501

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA]
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM                                    Page 21

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| 11/15/2005 | 0743 | David M. Weiner | E116 | 1.00 | 665.20 | 665.20 | Trial Transcripts - Veritext/ New York | 5886154 |
| 12/08/2005 | | Invoice=1187721 | | 1.00 | 665.20 | 665.20 | Reporting Company - Regarding Perry Rowicki | |
| | | | | | | | (10/20/05) | |
| | | Voucher=1028100 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 665.20 | |
| | | | | | | | Paid: 582078 11/15/2005 | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA)     Page 23
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 11/23/2005 | 0743 | David M. Weiner | E115 | 1.00 | 2,013.55 | 2,013.55 | Deposition Transcripts - Veritext/ New York | 5895829 |
| 12/08/2005 | | Invoice=1187721 | | 1.00 | 2,013.55 | 2,013.55 | Reporting Company - Stephen Earhart (10/21/05) | |
| | | Voucher=1029612 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 2013.55 | |
| | | | | | | | Paid: 583008  11/23/2005 | |
| 11/23/2005 | 0743 | David M. Weiner | E116 | 1.00 | 1,525.40 | 1,525.40 | Trial Transcripts - Veritext/ New York | 5895830 |
| 12/08/2005 | | Invoice=1187721 | | 1.00 | 1,525.40 | 1,525.40 | Reporting Company - Walter Keating (10/26/05) | |
| | | Voucher=1029613 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 1525.40 | |
| | | | | | | | Paid: 583008  11/23/2005 | |
| 12/06/2005 | 0743 | David M. Weiner | E116 | 1.00 | 1,440.40 | 1,440.40 | Trial Transcripts - Veritext/ NY Reporting Co. | 5902982 |
| 03/21/2006 | | Invoice=1218036 | | 1.00 | 1,440.40 | 1,440.40 | regarding Christine E. Eddy 09/30/05 | |
| | | Voucher=1032353 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 1440.40 | |
| | | | | | | | Paid: 584377  12/08/2005 | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA)
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM

Page 24

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/14/2005 | 0743 | David M. Weiner | E114 | 1.00 | 2,128.10 | 2,128.10 | Witness Fees - Veritext/ NY Reporting Co. - | 5908937 |
| 03/21/2006 | | Invoice=1218036 | | 1.00 | 2,128.10 | 2,128.10 | Walter Keating 10/27/05 | |
| | | Voucher=1034435 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 2128.10 | |
| | | | | | | | Paid: 585309  12/16/2005 | |
| 12/21/2005 | 0743 | David M. Weiner | E115 | 1.00 | 865.80 | 865.80 | Deposition Transcripts - Veritext/ NY Reporting | 5914958 |
| 03/21/2006 | | Invoice=1218036 | | 1.00 | 865.80 | 865.80 | Co - Merle Gilmore 11/22/05 | |
| | | Voucher=1035723 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 865.80 | |
| | | | | | | | Paid: 585689  12/21/2005 | |
| 01/10/2006 | 0743 | David M. Weiner | E115 | 1.00 | 1,144.40 | 1,144.40 | Deposition Transcripts - Veritext/ New York | 5925663 |
| 04/21/2006 | | Invoice=1227545 | | 1.00 | 1,144.40 | 1,144.40 | Reporting Company - Mark Atkins 12/07/05 | |
| | | Voucher=1039270 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 1144.40 | |
| | | | | | | | Paid: 588097  01/13/2006 | |
| 01/11/2006 | 0743 | David M. Weiner | E116 | 1.00 | 1,018.80 | 1,018.80 | Trial Transcripts - Veritext/ New York | 5926346 |
| 04/21/2006 | | Invoice=1227545 | | 1.00 | 1,018.80 | 1,018.80 | Reporting Company regarding Mark Atkins | |
| | | | | | | | 11/11/05 | |
| | | Voucher=1039721 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 1018.80 | |
| | | | | | | | Paid: 588097  01/13/2006 | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA)
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM

Page 32

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|-----------|
| | | | | | | | | 6336164 |
| 04/26/2007 | 0743 | David M. Weiner | E116 | 1.00 | 674.40 | 674.40 | Trial Transcripts - Veritext/NY Reporting Co. | |
| 05/30/2007 | | Invoice=1356564 | | 1.00 | 674.40 | 674.40 | regarding Murat Ongor (03/15/07) | 6339927 |
| | | Voucher=1145119 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 674.40 | |
| | | | | | | | Paid: 142573  04/26/2007 | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA]
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM                                          Page 33

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 05/21/2007 | 0743 | David M. Weiner | E116 | 1.00 | 838.60 | 838.60 | Trial Transcripts - Veritext/ NY Reporting Co. | |
| 06/22/2007 | | Invoice=1363085 | | 1.00 | 838.60 | 838.60 | regarding Mural Ongor 03/16/07 | 6362229 |
| | | Voucher=1151042 Paid | | | | | Vendor=VERITEXT/ NY REPORTING CO.  Balance= .00  Amount= | |
| | | | | | | | 838.60 | |
| | | | | | | | Paid: 144964 05/21/2007 | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA)
Client:11726 - Motorola, Inc.  6/19/2009 5:47:24 AM

Page 34

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| 06/07/2007 | 0743 | David M. Weiner | E115 | 1.00 | 1,446.80 | 1,446.80 | Deposition Transcripts - Legalink Chicago | |
| 07/23/2007 | | Invoice=1372423 | | 1.00 | 1,446.80 | 1,446.80 | regarding Stephen G. Lingis (5/04/07) | 6378096 |
| | | Voucher=1154854 Paid | | | | | Vendor=LEGALINK CHICAGO  Balance= .00  Amount= 1446.80 | |
| | | | | | | | Paid: 146985  06/08/2007 | |
| | | | | | | | | |
| 06/07/2007 | 0743 | David M. Weiner | E115 | 1.00 | 1,379.25 | 1,379.25 | Deposition Transcripts - Legalink Chicago | |
| 07/23/2007 | | Invoice=1372423 | | 1.00 | 1,379.25 | 1,379.25 | regarding Donald Smith (5/03/07) | 6378097 |
| | | Voucher=1154855 Paid | | | | | Vendor=LEGALINK CHICAGO  Balance= .00  Amount= 1379.25 | |
| | | | | | | | Paid: 146985  06/08/2007 | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA)
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM                                                    Page 35

| Date | Initials | Name / Invoice Number | Code | Quantify | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 06/25/2007 | 0743 | David M. Weiner | E115 | 1.00 | 649.35 | 649.35 | Deposition Transcripts - Veritext / New Jersey | 6393372 |
| 07/23/2007 | | Invoice=1372423 | | 1.00 | 649.35 | 649.35 | Reporting Co., LLC - Deposition of W. David | |
| | | | | | | | Devonshire on 5/02/2007 | |
| | | Voucher=1159218 Paid | | | | | Vendor=VERITEXT / NEW JERSEY REPORTING CO., LLC  Balance= | |
| | | | | | | | .00  Amount= 649.35 | |
| | | | | | | | Paid: 148764  06/25/2007 | |
| 07/02/2007 | 0743 | David M. Weiner | E115 | 1.00 | 1,015.45 | 1,015.45 | Deposition Transcripts - Legalink - Transcript | 6402220 |
| 08/21/2007 | | Invoice=1383628 | | 1.00 | 1,015.45 | 1,015.45 | of Peter White | |
| | | Voucher=1161027 Paid | | | | | Vendor=LEGALINK  Balance= .00  Amount= 1015.45 | |
| | | | | | | | Paid: 149440  07/02/2007 | |

## Veritext New Jersey Reporting Co.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: John T. Murray, Esq
Seyfarth Shaw LLP
1545 Peachtree Street NE
Suite 700
Atlanta, GA 30309

| | |
|---|---|
| Invoice #: | NJ73831 |
| Invoice Date: | 07/10/2007 |
| Balance Due: | $ 0.00 |

| | |
|---|---|
| Case: | Howell v. Motorola, Inc., et al |
| Job #: | 121871   |   Job Date: 06/14/2007   |   Delivery:   Normal |
| Billing Atty: | John T. Murray, Esq |
| Location: | Massey, M.D (Residence) |
| | 833 Fair St | Atlanta, GA |
| Deposing Att | Edwin J. Mills, Esq |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Walter E. Massey | Certified  Transcript | Page | 79.00 | $3.25 | $256.75 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 3 | | Exhibits | per page | 148.00 | $0.40 | $59.20 |
| 4 | | Shipping & handling | 1 | 1.00 | $40.00 | $40.00 |

Notes:

| | |
|---|---|
| Invoice Total: | $389.95 |
| Payment: | ($389.95) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569         Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds  will be made after 90 days.

---

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐  Visa   ☐  MC ☐  Amex   ☐   Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME  PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

| | |
|---|---|
| Invoice #: | NJ73831 |
| Job #: | 121871 |
| Invoice  Date: | 07/10/2007 |
| Balance : | $0.00 |

**Veritext New Jersey Reporting Co.**

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To:  John T. Murray, Esq
Seyfarth Shaw LLP
1545 Peachtree Street NE
Suite 700
Atlanta, GA 30309

Invoice #:          NJ73998
Invoice Date:     07/11/2007
Balance Due:     $ 0.00

| Case: | Howell v. Motorola, Inc., et al |
|---|---|
| Job #: | 121780  |  Job Date: 06/22/2007  |  Delivery:  Normal |
| Location: | A. Williams Roberts & Assoc |
| | 6047 Tyvola Glen Circle | Charlotte, NC |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Rick Dorazil | Certified Transcript | Page | 219.00 | $3.25 | $711.75 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 3 | | Shipping & handling | 1 | 1.00 | $14.25 | $14.25 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $760.00 |
| | Payment: | ($760.00) |
| | Credit: | |
| | Interest: | |

| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $0.00 |
|---|---|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.8% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐  Visa  ☐  MC ☐ Amex  ☐  Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

_____
PRINT NAME (AS IT APPEARS ON CREDIT CARD)

_____
DAYTIME PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: NJ73998
Job #: 121780
Invoice Date: 07/11/2007
Balance :        $0.00

## Veritext New Jersey Reporting Co.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: J. Stephen Poor, Esq
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

| | |
|---|---|
| Invoice #: | NJ75724 |
| Invoice Date: | 07/26/2007 |
| Balance Due: | $ 0.00 |

| | |
|---|---|
| Case: | Howell v. Motorola, Inc., et al |
| Job #: | 121872  |  Job Date: 06/21/2007  |  Delivery:  Normal |
| Location: | Proctor & Gamble |
| | 1 Proctor & Gamble Plaza | Fl C2 | Cincinnati, OH 45202 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | John Pepper, Jr. | Certified  Transcript | Page | 84.00 | $3.25 | $273.00 |
| 2 | | Exhibits | per page | 63.00 | $0.40 | $25.20 |
| 3 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 4 | | Shipping & handling | 1 | 1.00 | $15.25 | $15.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $347.45 |
| Payment: | ($347.45) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs,
including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐  Visa  ☐  MC ☐  Amex  ☐     Discover

Credit Card #                                      Exp. Date

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME  PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: NJ75724
Job #:  121872
Invoice  Date: 07/26/2007
Balance :        $0.00

## Veritext New Jersey Reporting Co.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040 Fax. 973-410-1313

Bill To: J. Stephen Poor, Esq
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

| Invoice #: | NJ74124 |
|---|---|
| Invoice Date: | 07/12/2007 |
| Balance Due: | $ 0.00 |

| | |
|---|---|
| Case: | Howell v. Motorola, Inc., et al |
| Job #: | 121873  |  Job Date: 06/26/2007  |  Delivery:  Normal |
| Billing Atty: | J. Stephen Poor, Esq |
| Location: | Bartelt & Kenyon |
| | 101 N 1st St | Ste 2450 | Phoenix, AZ 85003 |
| Deposing Att | Edwin J. Mills, Esq |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Gary Tooker | Certified Transcript | Page | 82.00 | $3.25 | $266.50 |
| 2 | | Exhibits | per page | 55.00 | $0.40 | $22.00 |
| 3 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 4 | | Shipping & handling | 1 | 1.00 | $14.25 | $14.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $336.75 |
| Payment: | ($336.75) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

| Fed. Tax ID: 20-3132569 | Term: Net 30 |
|---|---|

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐ Visa  ☐ MC ☐ Amex  ☐  Discover

Credit Card # _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: NJ74124
Job #: 121873
Invoice Date: 07/12/2007
Balance : $0.00

## Veritext New Jersey Reporting Co.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040 Fax. 973-410-1313

Bill To: Stephen J. Poor, Esq
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

| | |
|---|---|
| Invoice #: | NJ74064 |
| Invoice Date: | 07/11/2007 |
| Balance Due: | $ 0.00 |

| | |
|---|---|
| Case: | Howell v. Motorola, Inc. |
| Job #: | 122454   |   Job Date: 06/13/2007   |   Delivery:   Normal |
| Location: | Merck & Company |
| | 2 Merck Drive | Whitehouse Station, NJ 08889-0200 |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Judy Lewent | Certified Transcript | Page | 116.00 | $3.25 | $377.00 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 3 | | Shipping & handling | 1 | 1.00 | $16.25 | $16.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $427.25 |
| Payment: | ($427.25) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐ Visa   ☐ MC ☐ Amex   ☐   Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

| | |
|---|---|
| Invoice #: | NJ74064 |
| Job #: | 122454 |
| Invoice Date: | 07/11/2007 |
| Balance : | $0.00 |

## Veritext New Jersey Reporting Co.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To: Ian Morrison
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

Invoice #:        NJ72425
Invoice Date:     06/26/2007
Balance Due:      $ 0.00

| Case: | Howell v. Motorola, Inc., et al | |
|---|---|---|
| Job #: | 123325   |   Job Date: 06/19/2007   |   Delivery:   Normal | |
| Billing Atty: | Ian Morrison | |
| Location: | Seyfarth Shaw | |
| | 1270 6th Avenue | 25th Floor | New York, NY | |
| Deposing Att | Edwin J. Mills, Esq | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Nicholas Negroponte | Certified  Transcript | Page | 102.00 | $3.25 | $331.50 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 3 | | Shipping & handling | 1 | 1.00 | $14.25 | $14.25 |

Notes:

| | |
|---|---|
| | Invoice Total: $379.75 |
| | Payment: ($379.75) |
| | Credit: |
| | Interest: |
| Fed. Tax ID: 20-3132569      Term: Net 30 | Balance Due: $0.00 |

TERMS: Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐  Visa   ☐  MC ☐  Amex   ☐    Discover

Credit Card # _____      Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: NJ72425
Job #: 123325
Invoice Date: 06/26/2007
Balance : $0.00

## Veritext New Jersey Reporting Co.

**25B Vreeland Road, Suite 301**
**Florham Park, NJ 07932**
**Tel. 973-410-4040 Fax. 973-410-1313**

| | |
|---|---|
| **Bill To:** Ian Morrison<br>Seyfarth Shaw LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL 60603-5577 | **Invoice #:** NJ72977<br>**Invoice Date:** 06/29/2007<br>**Balance Due:** $ 0.00 |

| | |
|---|---|
| **Case:** Howell v. Motorola, Inc., et al<br>**Job #:** 123325 \| Job Date: 06/19/2007 \| Delivery: Normal<br><br>**Location:** Seyfarth Shaw<br>1270 6th Avenue \| 25th Floor \| New York, NY | |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Nicholas Negroponte | Video - Copy of VHS Tape | Per tape | 1.00 | $50.00 | $50.00 |
| 2 | | Shipping & handling | 1 | 1.00 | $14.25 | $14.25 |

| Notes: | | Invoice Total: | $64.25 |
|---|---|---|---|
| | | Payment: | ($64.25) |
| | | Credit: | |
| | | Interest: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

| | |
|---|---|
| ☐ Visa ☐ MC ☐ Amex ☐ Discover<br><br>Credit Card # _____ Exp. Date _____<br>_____<br>SIGNATURE (AS IT APPEARS ON CREDIT CARD)<br>_____<br>PRINT NAME (AS IT APPEARS ON CREDIT CARD)<br>_____<br>DAYTIME PHONE | **Make check payable to:**<br>Veritext Corp.<br>25B Vreeland Road<br>Suite 301<br>Florham Park, NJ 07932<br><br>**Invoice #:** NJ72977<br>**Job #:** 123325<br>**Invoice Date:** 06/29/2007<br>**Balance :** $0.00 |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA]
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM

| Date | Initials | Name /Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|---------------------|------|----------|------|--------|-------------|------------|
| 11/27/2007 | 0743 | David M. Weiner | E116 | 1.00 | 1,300.30 | 1,300.30 | Trial Transcripts - Hansen & Company - | 6551841 |
| 12/20/2007 | | Invoice=1428837 | | 1.00 | 1,300.30 | 1,300.30 | Pre-Payment for T Meyers Deposition Transcript | |
| | | Voucher=1195701 Paid | | | | | Vendor=HANSEN & COMPANY  Balance= .00  Amount= 1300.30 | |
| | | | | | | | Paid: 164641 11/27/2007 | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA)
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM

Page 45

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|----------------------|------|----------|------|--------|-------------|------------|
| 12/10/2007 | 0743 | David M. Weiner | E115 | 1.00 | 1,227.00 | 1,227.00 | Deposition Transcripts - Legalink - Chicago - | |
| 03/18/2008 | | Invoice=1439468 | | 1.00 | 1,227.00 | 1,227.00 | George Vander Vennett (11/09/07) | 6565107 |
| | | Voucher=1198301 Paid | | | | | Vendor=LEGALINK CHICAGO  Balance= .00  Amount= 1227.00 | |
| | | | | | | | Paid:  166168  12/12/2007 | |

**Veritext New Jersey Reporting Co.**

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040 Fax. 973-410-1313

Bill To: Ian Morrison
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

| | |
|---|---|
| Invoice #: | NJ89737 |
| Invoice Date: | 12/12/2007 |
| Balance Due: | $ 0.00 |

| | |
|---|---|
| Case: | Howell v. Motorola, Inc. |
| Job #: | 138641 \| Job Date: 11/27/2007 \| Delivery: Normal |
| Location: | Seyfarth Shaw |
| | 815 Connecticut Ave NW \| Ste 500 \| Washington, DC |

| Item | Witness | Description | Units | Qty | Price | Amount |
|------|---------|-------------|-------|-----|-------|--------|
| 1 | Larry Johnson | Certified Transcript | Page | 235.00 | $3.25 | $763.75 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 3 | | Exhibits | per page | 102.00 | $0.40 | $40.80 |
| 4 | | Shipping & handling | 1 | 1.00 | $14.25 | $14.25 |

Notes:

| | | |
|---|---|---|
| | Invoice Total: | $852.80 |
| | Payment: | ($852.80) |
| | Credit: | |
| | Interest: | |
| Fed. Tax ID: 20-3132569      Term: Net 30 | Balance Due: | $0.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐ Visa  ☐ MC ☐ Amex  ☐  Discover

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: NJ89737
Job #: 138641
Invoice Date: 12/12/2007
Balance : $0.00

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA]
Client:11726 - Motorola, Inc.  6/19/2009 5:47:24 AM

Page 47

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|---------------------|------|----------|------|--------|-------------|------------|
| 01/11/2008 | 0743 | David M. Weiner | E118 | 1.00 | 759.05 | 759.05 | Litigation Support Vendors - Veritext (Witness: | 6589050 |
| 02/22/2008 | | Invoice=1443767 | | 1.00 | 759.05 | 759.05 | John Peavy) | |
| | | Voucher=1204945 Paid | | | | | Vendor=VERITEXT  Balance= .00  Amount= 759.05 | |
| | | | | | | | Paid: 168778 01/11/2008 | |

| Date | Initials | Name/Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|---------------------|------|----------|------|--------|-------------|------------|
| 01/14/2008 | 0743 | David M. Weiner | E115 | 1.00 | 900.60 | 900.60 | Deposition Transcripts - Magna Legal Services | 6593320 |
| 02/22/2008 | | Invoice=1443767 | | 1.00 | 900.60 | 900.60 | (Witness: R. Alan Miller) | |
| | | Voucher=1205416 Paid | | | | | Vendor=MAGNA LEGAL SERVICES  Balance= .00  Amount= 900.60 | |
| | | | | | | | Paid: 169030 01/14/2008. | |

Billed and Unbilled Recap Of Cost Detail - [11726-000540 - Howell v. Motorola (J. Goldy) (OCA)
Client:11726 - Motorola, Inc.   6/19/2009 5:47:24 AM

Page 48

| Date | Initials | Name / Invoice Number | Code | Quantity | Rate | Amount | Description | Cost Index |
|------|----------|------------------------|------|----------|------|--------|-------------|------------|
| 02/06/2008 | 0743 | David M. Weiner | E116 | 1.00 | 440.50 | 440.50 | Trial Transcripts - Veritext / New Jersey | 6613895 |
| 02/22/2008 | | Invoice=1443767 | | 1.00 | 440.50 | 440.50 | Reporting Co., LLC - Plaintiff's Expert Witness | |
| | | | | | | | David Ross (11/15/2007) | |
| | | Voucher=1211156 Paid | | | | | Vendor=VERITEXT / NEW JERSEY REPORTING CO., LLC  Balance= | |
| | | | | | | | .00  Amount= 440.50 | |
| | | | | | | | Paid: 171606  02/06/2008 | |

## Veritext New Jersey Reporting Co.

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040 Fax. 973-410-1313

Bill To: J. Stephen Poor, Esq
Seyfarth Shaw LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603-5577

| | |
|---|---|
| Invoice #: | NJ90993 |
| Invoice Date: | 12/26/2007 |
| Balance Due: | $ 0.00 |

| | |
|---|---|
| Case: | Howell v. Motorola, Inc. |
| Job #: | 143396   |   Job Date: 12/19/2007   |   Delivery:   Normal |
| Location: | Seyfarth Shaw |
| | 131 S. Dearborn Ave | 24th Fl | Chicago, IL |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | Randy Boldt | Certified  Transcript | Page | 52.00 | $3.25 | $169.00 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 3 | | Shipping & handling | 1 | 1.00 | $14.25 | $14.25 |

Notes:

| | |
|---|---|
| Invoice Total: | $217.25 |
| Payment: | ($217.25) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

## VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED

☐  Visa   ☐  MC ☐ Amex   ☐    Discover

Credit Card # _____   Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

Make check payable to:
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

| | |
|---|---|
| Invoice #: | NJ90993 |
| Job #: | 143396 |
| Invoice  Date: | 12/26/2007 |
| Balance : | $0.00 |

**Veritext New Jersey Reporting Co.**

25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel. 973-410-4040  Fax. 973-410-1313

Bill To:  False
Seyfarth Shaw LLP
2029 Century Park E
Suite 3300
Los Angeles, CA 90067

| | |
|---|---|
| Invoice #: | NJ89540 |
| Invoice Date: | 12/11/2007 |
| Balance Due: | $ 0.00 |
| Ambassador # | 7904 |

| | |
|---|---|
| Case: | Howell v. Motorola, Inc. |
| Job #: | 138643   \|   Job Date: 11/30/2007   \|   Delivery:   Normal |
| Location: | Seyfarth Shaw |
| | 560 Mission St \| Ste 3100 \| San Francisco, CA |

| Item | Witness | Description | Units | Qty | Price | Amount |
|---|---|---|---|---|---|---|
| 1 | William H. Beaver | Certified  Transcript | Page | 123.00 | $3.25 | $399.75 |
| 2 | | CD Depo Litigation Package | Package | 1.00 | $34.00 | $34.00 |
| 3 | | Exhibits | per page | 308.00 | $0.40 | $123.20 |
| 4 | | Shipping & handling | 1 | 1.00 | $15.50 | $15.50 |

Notes:

| | |
|---|---|
| Invoice Total: | $572.45 |
| Payment: | ($572.45) |
| Credit: | |
| Interest: | |
| Balance Due: | $0.00 |

Fed. Tax ID: 20-3132569          Term: Net 30

TERMS: Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.  Contact us to correct payment errors.  No adjustments or refunds  will be made after 90 days.

---

**VISA, MASTERCARD & AMERICAN EXPRESS ACCEPTED**

☐ Visa  ☐ MC ☐ Amex  ☐   Discover

Credit Card #                                     Exp. Date
SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Make check payable to:**
Veritext Corp.
25B Vreeland Road
Suite 301
Florham Park, NJ 07932

Invoice #: NJ89540
Job #: 138643
Invoice Date: 12/11/2007
Balance :      $0.00

# EXHIBIT D

**EXHIBIT D - Witnesses**

| Description | Amount |
|---|---|
| Foreign Witness Expenses - Murat Ongor was deposed on 3/15/07 and 3/16/07 and Ongor traveled from his home in Istanbul, Turkey to New York City for his two-day deposition. | $4,767.83 |
| **Total** | **$4,767.83** |

19

6/29/2009
7:59 AM

Report: 199301
Req'd By: tll2335

**Arnold & Porter LLP**
**List of Fee and Disbursement Entries**
From Transaction Date: 3/1/2007 to Transaction Date: 3/31/2007

Including: WIP, Prebill, Billed entries

| Control Group Line | Timekeeper (Category) | Tran Date | Description | Hourly Rate | Base Time/Unit | Value | Billed Time/Unit | Amount | Bill Num | Prebill Num | Print Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5876877 | 208 Foreign Agent Fees | 03/29/07 | VENDOR: Murat Ongor; INVOICE#: 2007-01; DATE: 3/20/2007 - Travel and preparation for the Motorola Securities Litigation. | 0.00 | | 4,767.83 | | 4,767.83 | 1231897 | 559130 | Y |
| | | | Foreign Agent Fees  Total | | 0.00 | 4,767.83 | 0.00 | 4,767.83 | | | |

Page: 29