*MHW*



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

MICHAEL W. DOBBINS
CLERK

312-435-5670

August 5, 2009

Mr. Gino J. Agnello, Clerk
U.S. Court of Appeals-Seventh Circuit
219 South Dearborn Street-Room 2722
Chicago, Illinois 60604

RE: Howell v. Koenemann, et al

U.S.D.C. DOCKET NO. : 03cv5044

U.S.C.A. DOCKET NO. : 09-2796

Dear Mr. Agnello:

**FILE**

U.S.C.A. – 7th Circuit
RECEIVED
AUG 05 2009
8-5-2009 DW
GINO J. AGNELLO
CLERK

Please find attached the original record on appeal consisting of the following:

ELECTRONIC VOLUME(S) OF PLEADING(S)            1

VOLUME(S) OF TRANSCRIPT(S)

VOLUME(S) OF DEPOSITION(S)

EXHIBITS:

VAULT ITEMS:                                   7

OTHER (SPECIFY):

SPECIAL NOTE: **Case was previously transmitted under USCA#'s 07-3837, 08-1696.*

Please acknowledge date of receipt of the above mentioned materials on the attached copy of this letter.

Very truly yours,

Michael W. Dobbins, Clerk

By:_____
G. Jones, Deputy Clerk