# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

February 14, 2011

Taxed in Favor of: <u>Willie Mitchell</u>, et al.

| | |
|---|---|
| No.: 07-3837 | BRUCE G. HOWELL,<br> Plaintiff - Appellant<br><br>v.<br><br>MOTOROLA INCORPORATED, DAVID DEVONSHIRE, THE PROFIT SHARING COMMITTEE OF MOTOROLA INCORPORATED, et al.,<br> Defendants - Appellees |
| No.: 09-2796 | STEPHEN LINGIS, et al.,<br> Plaintiffs - Appellants<br><br>v.<br><br>RICK DORAZIL, et al.,<br> Defendants - Appellees |
| No.: 09-3001 | GARY SPANO, as representatives of a class of similarly situated person, an on behalf of the Plan, et al.,,<br>Plaintiffs - Appellees<br><br>v.<br><br>BOEING COMPANY, et al.,<br> Defendants - Appellants |
| No.: 09-3018 | PAT BEESLEY, as representative of a class similarly situated persons, and on behalf of the International Paper Company Salaried and Hourly |

|  | Savings Plans, et al., <br> Plaintiffs - Appellees <br><br> v. <br><br> INTERNATIONAL PAPER COMPANY, et al., <br> Defendants - Appellants |
|---|---|

| **Originating Case Information:** |
|---|
| District Court No: 1:03-cv-05044 <br> Northern District of Illinois, Eastern Division <br> District Judge Rebecca R. Pallmeyer |

| **Originating Case Information:** |
|---|
| District Court No: 1:03-cv-05044 <br> Northern District of Illinois, Eastern Division <br> Court Reporter Frances Ward <br> Clerk/Agency Rep Michael W. Dobbins <br> District Judge Rebecca R. Pallmeyer |

| **Originating Case Information:** |
|---|
| District Court No: 3:06-cv-00743-DRH-DGW <br> Southern District of Illinois |

| **Originating Case Information:** |
|---|
| District Court No: 3:06-cv-00703-DRH-CJP <br> Southern District of Illinois |

The mandate or agency closing letter issued in this cause on February 14, 2011.

BILL OF COSTS issued in the amount of: $454.30.

|  |  | Cost of <br> Each Item | Total Cost <br> Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: <br> _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, <br> per page: _____ | _____ | _____ |

3.  For reproduction of briefs: _____  _$454.30____  _$454.30____

4.  _____  _____  _____  _____

5.  _____  _____  _____  _____

                                                TOTAL:  $454.30_____

form name: **c7_BillOfCosts**(form ID: **140**)